| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT: NEW YORK | Case No.  18-CV-6613 |
| SHAKEYA RHODEN, and and other similarly situated current and former nurses and tecnician<br>　　　　　　　　　　　Plaintiff, | |
| - Against - | **NOTICE OF MOTION FOR DEFAULT** |
| NIRANJAN MITTAL,<br>NIRANJAN K. MITTAL, PHYSICIAN, PLLC,<br>　　　　　　　　　　　Defendant. | |

S I R (s):

　　　PLEASE TAKE NOTICE that upon the annexed declaration of Jason Tenenbaum, sworn to on January 28, 2019, and the exhibits annexed thereto, the annexed declaration of Shakeya Rhoden, sworn to on January 28, 2019, and the exhibits annexed thereto, the Memorandum of Law of Jason Tenenbaum, and upon all prior proceedings heretofore had herein, Plaintiff by her undersigned attorney shall move before the Honorable LaShann DeArcy Hall at the United States District Court: Eastern District, New York, at the courthouse located at 225 Cadman Plaza E, Brooklyn, NY 11201 on such day and time as counsel may be heard for the following relief:

(1) Leave to enter a default judgment, pursuant  to Fed. R. Civ. Pro 55(b)(2);

(2) Such other and further relief as this Court deems just, proper and equitable.


Dated: January 15, 2019
　　　　Garden City, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/S Jason Tenenbaum

**THE LAW OFFICE OF JASON TENENBAUM, P.C.**
By: Jason Tenenbaum, Esq.
Attorneys for the Plaintiff
595 Stewart Avenue, Suite 400
Garden City, New York 11530
Tel:  (516) 750-0595
Fax: (516) 414-2869

File No.: «MAT_File_»