# DECLARATION OF SERVICE

STATE OF NEW YORK      )
                                   )ss:
COUNTY OF NASSAU      )

      Jason Tenenbaum, hereby declares pursuant to 28 USC § 1746, under penalties of perjury as follows:

      On January 28, 2019, I served a true copy of the annexed **NOTICE OF MOTION, MEMORANDUM OF LAW, DECLARATIONS IN SUPPORT NAD EXHIBITS ANNEXED THERETO** upon the party indicated below at their respective addresses indicated below, the address designated by said attorney for that purpose, by depositing same in a sealed envelope in a postpaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

                Niranjan Mittal
                7404-5th Avenue
                Brooklyn, New York 11209

                Niranjan K. Mittal Physician, PLLC
                7404-5th Avenue
                Brooklyn, New York 11209

Dated: January 28, 2019
       Garden City, New York

                                                        s/Jason Tenenbaum
                                                        _____
                                                        Jason Tenenbaum