UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SHAKEYA RHODEN, and other similarly situated
current and former nurses and technicians,

                                                                                            JUDGMENT
        Plaintiff,                                                                  18-CV-6613-LDH-SJB
   v.

NIRANJAN MITTAL, NIRANJAN K. MITTAL,
PHYSICIAN, PLLC,

        Defendants.
----------------------------------------------------------------X

        An Order of the Honorable LaShann DeArcy Hall, United States District Judge, having been filed on February 23, 2021, adopting the Report and Recommendation of Magistrate Judge Sanket J. Bulsara, dated October 26, 2020, granting Plaintiff's motion in part; dismissing Plaintiff's FLSA and NYLL claims without prejudice; denying Plaintiff's motion to remand; declining to exercise supplemental jurisdiction over the remaining state law claims; and denying the Defendants' request for cost; it is

        ORDERED and ADJUDGED that Plaintiff's motion is granted, in part; that Plaintiff's FLSA and NYLL claims are dismissed, without prejudice; that Plaintiff's motion to remand is denied; that the Court declines to exercise supplemental jurisdiction over the remaining state law claims; that the Defendants' request for cost is denied; and that in light of this Court's order, Plaintiff's motion to quash is granted.

Dated: Brooklyn, New York                                              Douglas C. Palmer
       February 23, 2021                                                Clerk of Court

                                                                            By:    */s/Jalitza Poveda*
                                                                                   Deputy Clerk